# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-00042-GCM

| | |
|---|---|
| CLAUMAR EXPRESS, INC.<br>ELIDIO GARCIA,<br><br>    **Plaintiffs,**<br><br>v.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY<br>BRENTWOOD SERVICES ADMINISTRATORS, INC.<br>ONEBEACON SERVICES, LLC<br>JOHN DOE CORPORATION,<br><br>    **Defendants.** | **ORDER** |

**THIS MATTER COMES** before this Court sua sponte. Plaintiff filed a Notice of State Court Voluntary Dismissal (Doc. No. 8) in this matter on April 24, 2019. The Notice of State Court Voluntary Dismissal is insufficient to dismiss the federal case. As such, if the Plaintiff intended to dismiss this case, Plaintiff must file a dismissal within the strictures of Federal Rule of Civil Procedure 41. As of now, the Court considers the case ongoing.

**SO ORDERED**.

Signed: April 30, 2019

Graham C. Mullen
United States District Judge